**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEORGE GOODRITZ** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    **Civil Action No. 17-2384** |
| | : |
| **ADR 18TH & SANSOM, LLC and** | : |
| **INTERPARK, LLC** | : |
| | : |
| Defendants. | : |

## <u>NOTICE OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by Pursuant to Rule 41(a) of the Federal

Rules of Civil Procedure, Plaintiff, George Goodritz, hereby consents to the dismissal of

Defendants, 18th & Sansom and InterPark, LLC.

**LAW FIRM OF JACOBSON & ROOKS, LLC**

By: *<u>/s/ Jared A. Jacobson</u>*
    Jared A. Jacobson, Esq. (PA201382)
    2 Penn Center
    1500 JFK Boulevard, Suite 520
    Philadelphia, PA  19102
    Phone: 215-874-8808 / Fax: 856-494-1707

    *Attorney for Plaintiff, George Goodritz*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Stipulation of Dismissal was filed of record via the

Court's CM/ECF System on September 26, 2017, and served upon the following:


David P. Dean, Esquire
Edward T. Kang, Esquire
123 South Broad Street, Suite 1670
Philadelphia, PA, 19109

*Attorneys for Defendants, ADR 18th & Sansom, LLC and InterPark, LLC*


By: */s/ Jared A. Jacobson*
Jared A. Jacobson, Esq.